UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 7 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES OF AMERICA,                    )
                                             )        2:98-CR-214-LDG-RJJ
                Plaintiff,                   )
                                             )
vs.                                          )
                                             )
DAVID LUND                                   )
                                             )
                Defendant.                   )
_____

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (#50) on December 14, 1998.  Upon further review of the

restitution order in this matter, the specifics needed to complete the order of restitution were not

made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

Name of Payee: TRAVELERS INSURANCE
Amount of Restitution: $113,000.00

**Total Amount of Restitution ordered:  $113,000.00\***

\*Joint and Several with co-defendant Thomas Deeter

Dated this _____3rd_____ day of November, 2016.

UNITED STATES DISTRICT JUDGE