UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:98-CR-214-LDG-RJJ |
| vs. | ) |
| DAVID LUND | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#50) on December 14, 1998. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: TRAVELERS INSURANCE
Amount of Restitution: $113,000.00

**Total Amount of Restitution ordered:** $113,000.00*

*Joint and Several with co-defendant Thomas Deeter

Dated this ___3rd___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE